266 So.2d 451

**BILL D'AUBIN CHEVROLET, INC.**

v.

**J. C. DOWNS.**

No. 52774.

Sept. 28, 1972.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

266 So.2d 451

**Hansen Evans SCOBEE, for the Use and Benefit of Scobee & Lewis, Inc.**

v.

**Arthur Cullen LEWIS et al.**

No. 52781.

Sept. 28, 1972.

Application denied; there is no error of law in the judgment complained of.